UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2020
AUGUST 31, 2021 SESSION



FILED
AUG 3 1 2021
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES OF AMERICA

v.                                    CRIMINAL NO. 3:21-cr-00153
                                      21 U.S.C. § 846
                                      21 U.S.C. § 841(a)(1)
                                      18 U.S.C. § 2

CHRISTOPHER ROBERTO HERNANDEZ
        also known as "Crazy"


I N D I C T M E N T

The Grand Jury Charges:

COUNT ONE
(Conspiracy to Possess with Intent to Distribute
500 grams or more of Methamphetamine and Marijuana)

From at least the fall of 2020 to on or about March 28 2021,
at or near Huntington, Cabell County, West Virginia, within the
Southern District of West Virginia, and elsewhere, defendant
CHRISTOPHER ROBERTO HERNANDEZ, also known as "Crazy," together
with persons whose identities are both known and unknown to the
Grand Jury, knowingly conspired to commit offenses in violation of
21 U.S.C. § 841(a)(1), that is, knowingly and intentionally to
possess with the intent to distribute 500 grams or more of a
mixture and substance containing a detectable amount of
methamphetamine, its salts, isomers, and salts of its isomers, a

Schedule II controlled substance and a quantity of marijuana, for remuneration, a Schedule I controlled substance.

In violation of Title 21, United States Code, Section 846.

## COUNT TWO
### (Aiding and Abetting Possession with Intent to
### Distribute 500 grams or more of Methamphetamine)

On or about March 28, 2021, at or near Huntington, Cabell County, West Virginia, within the Southern District of West Virginia, defendant CHRISTOPHER ROBERTO HERNANDEZ, also known as "Crazy," aided and abetted by another person whose identity is known to the Grand Jury, knowingly and intentionally possessed with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT THREE
### (Aiding and Abetting Possession with Intent to Distribute Marijuana)

On or about March 28, 2021, at or near Huntington, Cabell County, West Virginia, within the Southern District of West Virginia, defendant CHRISTOPHER ROBERTO HERNANDEZ, also known as "Crazy," aided and abetted by another person whose identity is known to the Grand Jury, knowingly and intentionally possessed with intent to distribute a quantity of marijuana, for remuneration, a Schedule I controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

LISA G. JOHNSTON
Acting United States Attorney

By: _____
STEPHANIE S. TAYLOR
Assistant United States Attorney